UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HALL & ASSOCIATES, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 19-0330 (RDM) |
| | ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) |
| | ) |
|         Defendant. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Hall & Associates ("H&A"), hereby files this Motion for Summary Judgment against Defendant, United States Environmental Protection Agency ("EPA" or "the Agency"). In consideration of this filing, H&A refers the Court to the accompanying Statement of Material Undisputed Facts and the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment. A Proposed Order granting Plaintiff the relief requested has also been provided.

Respectfully submitted,

//s// John C. Hall
John C. Hall
Hall & Associates
1629 K Street, N.W., Suite 220
Washington, D.C. 20006
Phone: 202.463.1166
Fax: 202.463.4207
Email: jhall@hall-associates.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on February 24, 2021, I caused a copy of **Plaintiff's Motion for Summary Judgment** to be served on registered counsel in *Hall & Associates v. United States Environmental Protection Agency*, (D.D.C. No. 19-0330) electronically via D.D.C. CM/ECF system.

                 /s/ John C. Hall

                 John C. Hall
                 Hall & Associates
                 1629 K St., NW
                 Washington, DC 20006-4033
                 (202) 463-1166
                 jhall@hall-associates.com